UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-14058-CR-MARTINEZ/LYNCH

UNITED STATES OF AMERICA

    Plaintiff,

vs.

FRANKLIN MACK,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch, on December 1, 2008. A Report and Recommendation was filed on December 8, 2008, recommending that the Defendant's plea of guilty be accepted. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has conducted a de novo review of the entire file. Accordingly, it is

**ORDERED AND ADJUDGED** that

The Report and Recommendation of United States Magistrate Judge Frank J. Lynch, is hereby **Adopted and Approved** in its entirety.

The Defendant is adjudged guilty to Counts One and Two of the two count Indictment, which charges the Defendant in Count One did knowingly and intentionally combine, conspire, confederate, and agree to distribute and possess with intent to distribute 50 grams or more of a controlled substance, cocaine base (commonly known as crack cocaine), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and 846; and in Count Two did knowingly and intentionally distribute and possess with intent to distribute 50 grams or more of a controlled substance, cocaine base (commonly known as crack cocaine), in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A) and Title 18, United States Code, Section 2.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22 day of December, 2008.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office